# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIWU LI,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEH CHARLES JOHNSON, et al.,<br><br>　　　　Respondents. | Case No. 1:15-cv-01574-SAB-HC<br><br>ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION<br><br>(ECF No. 11) |

Petitioner, represented by counsel, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. On December 18, 2015, the parties filed a joint stipulation to extend the time for Respondents to file a response to the Petition. (ECF No. 11).

Good cause having been presented to the Court,

IT IS HEREBY ORDERED that Respondents are granted to and including January 27, 2016, to file a response to Petitioner's habeas petition.

IT IS SO ORDERED.

Dated:   **December 18, 2015**

　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE